**Order entered June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00921-CV

**ELIZABETH JANE BURKS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GENE ALDERSON BURKS, SR., DECEASED, Appellant**

**V.**

**JOHN J. DUNCAN, PH.D.; ALICIA SANGA DUNCAN; WELLMART HEARTLAB, INC. D/B/A VIASCAN OF LAS COLINAS; AND JOHN ANDREW OSBORNE, M.D., PH.D., F.A.C.C., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02824-D**

## ORDER

By notice filed June 25, 2015, appellee John Andrew Osborne, M.D., Ph.D., F.A.C.C., has informed the Court he is in bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/     CRAIG STODDART
             JUSTICE